**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Avalos, | No. CV-18-00355-TUC-JGZ |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court are Petitioner's "Motion to Review Verbal Consent or Legal Search Warrant for Blood Draw" and "Motion to Remove Prior Convictions Outlined in A.R.S. § 13-701(f)." (Docs. 65, 66.) The Court will deny both motions.

On February 6, 2020, the Court denied Mr. Avalos' Petition for Writ of Habeas Corpus and directed the Clerk of Court to close this case. (Doc. 50.) This Court and the Ninth Circuit both subsequently denied Petitioner's requests for issuance of a certificate of appealability. (Docs. 56, 57.)

The pending motions are more appropriately characterized as a successive petition, as Mr. Avalos seeks further review of the same underlying conviction and sentence. This Court lacks jurisdiction to address his successive habeas petition. *See Cooper v. Calderon*, 274 F.3d 1270, 1274 (9th Cir. 2001); *see also* 28 U.S.C. § 2244(b)(3)(A) (identifying claims that may be brought in a successive petition only after the Ninth Circuit issues an order "authorizing the district court to consider a second or successive application").

//

Accordingly,

**IT IS ORDERED** that Petitioner's Motions (Docs. 65, 66) are **DENIED**.

Dated this 22nd day of June, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge